IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ELIZABETH HERNANDEZ, )<br>)<br>PLAINTIFF, )<br>)<br>vs. )<br>)<br>PACIFIC SPECIALTY INSURANCE )<br>COMPANY, )<br>)<br>DEFENDANTS. )<br>) | CIVIL ACTION NO. 3:19-cv-150-PRM |

## JOINT NOTICE OF SETTLEMENT

**TO THE HONORABLE U.S. DISTRICT COURT JUDGE PHILIP R. MARTINEZ:**

COME NOW, Plaintiff, Elizabeth Hernandez, and Defendant Pacific Specialty Insurance Company (collectively, **"the Parties"**), and jointly provide the Court with notice that the Parties have reached a settlement in the above-entitled case. Currently, the Parties are working diligently to draft and execute the necessary settlement documents. As soon as the settlement documents are finalized, which the Parties anticipate will occur no later than July 15, 2019, the Parties will expediently file a stipulation of dismissal with prejudice and a proposed Final Judgment.

Respectfully submitted and signed pursuant to Federal Rule of Civil Procedure 11,

**GERMER BEAMAN & BROWN, P.L.L.C.**
301 Congress Avenue, Suite 1700
Austin, Texas 78701
(512) 472-0288 Telephone
(512) 472-9260 Facsimile

By: */s/ Ryan C. Bueche*
 Ryan C. Bueche
 State Bar No. 24064970
 rbueche@germer-austin.com
 R. Chad Geisler
 State Bar No. 00793793
 cgeisler@germer-austin.com

**ATTORNEYS FOR DEFENDANT**

By: */s/ Michael Lawrence*
 Larry W. Lawrence, Jr.
 State Bar No. 00794145
 Michael Lawrence
 State Bar No. 24055826
 Celeste Guerra
 State Bar No. 00795395
 LAWRENCE LAW FIRM
 3112 Windsor Road, Suite A234
 Austin, Texas 78703
 (956) 994-0057
 (800) 507-4152 – Fax
 Lawrencefirm@gmail.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record via facsimile and/or electronic mail on this 28th day of June, 2019.

                                */s/ Ryan C. Bueche*
                                Ryan C. Bueche