IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ELIZABETH HERNANDEZ, | ) |
| PLAINTIFF, | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. 3:19-cv-150-PRM |
| PACIFIC SPECIALTY INSURANCE COMPANY, | ) |
| DEFENDANTS. | ) |

**THE PARTIES' JOINT STIPULATION OF DISMISSAL**

**TO THE HONORABLE U.S. DISTRICT JUDGE PHILIP R. MARTINEZ:**

COME NOW Plaintiff, Elizabeth Hernandez (**"Plaintiff"**), and Defendant, Pacific Specialty Insurance Company (**"PSIC"**), and state that all matters in controversy between the Parties in the above-entitled lawsuit have been resolved and a settlement has been reached. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and PSIC hereby jointly file this stipulation of dismissal **WITH PREJUDICE**, which is signed by all parties who have appeared in the above-entitled lawsuit. *See* FED. R. CIV. P. 41(a)(1)(A)(ii).

Accordingly, Plaintiffs and PSIC request that the Court enter a Final Judgment in this lawsuit. A proposed Final Judgment is attached hereto.

*[Signatures on Page 2]*

**AGREED TO BY:**

**GERMER BEAMAN & BROWN, P.L.L.C.**
301 Congress Avenue, Suite 1700
Austin, Texas 78701
(512) 472-0288 Telephone
(512) 472-9260 Facsimile

By: _____/s/ Ryan C. Bueche_____
      Ryan C. Bueche
      State Bar No. 24064970
      rbueche@germer-austin.com
      R. Chad Geisler
      State Bar No. 00793793
      cgeisler@germer-austin.com

**ATTORNEYS FOR DEFENDANT**

By: */s/ Michael Lawrence w/ permission*
      Larry W. Lawrence, Jr.
      State Bar No. 00794145
      Michael Lawrence
      State Bar No. 24055826
      Celeste Guerra
      State Bar No. 00795395
      LAWRENCE LAW FIRM
      3112 Windsor Road, Suite A234
      Austin, Texas 78703
      (956) 994-0057
      (800) 507-4152 – Fax
      Lawrencefirm@gmail.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record via facsimile and/or electronic mail on this 15th day of July, 2019.

                                            */s/ Ryan C. Bueche*
                                            Ryan C. Bueche