IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ELIZABETH HERNANDEZ,<br>    Plaintiff,<br><br>v.<br><br>PACIFIC SPECIALTY<br>INSURANCE COMPANY,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-19-CV-150-PRM |

## ORDER OF DISMISSAL

On this day, the Court considered the parties' "Joint Stipulation of Dismissal" (ECF No. 10) [hereinafter "Stipulation"], filed on July 15, 2019, in the above-captioned cause. In the Stipulation, the parties state that "all matters in controversy between the Parties in the above-entitled lawsuit have been resolved and a settlement has been reached." Stipulation 1. Accordingly, the parties "jointly file this stipulation of dismissal" with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *Id.*

Federal Rule of Civil Procedure 41(a)(1)(A) states that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." In this case, all pertinent parties have signed the Stipulation. Stipulation 2. Therefore,

the Court is of the opinion that the above-captioned cause should be dismissed with prejudice.

Accordingly, **IT IS ORDERED** that the parties' "Joint Stipulation of Dismissal with Prejudice" (ECF No. 10) is **ACCEPTED**.

**IT IS FURTHER ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

**IT IS FURTHER ORDERED** that all settings in this matter are **VACATED**.

**IT IS FURTHER ORDERED** that all pending motions in this cause, if any, are **DENIED AS MOOT**.

**FINALLY, IT IS ORDERED** that the Clerk shall **CLOSE** this case.

SIGNED this 16 day of July, 2019.

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE